UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MATTHEW WHITFIELD, Derivatively on Behalf of SIX FLAGS ENTERTAINMENT CORPORATION, | ) ) ) ) Case No. 3:25-cv-2599 |
| Plaintiff, | ) ) District Judge Jeffrey J. Helmick |
| v. | ) ) Magistrate Judge Darrell A. Clay |
| SELIM BASSOUL, et al | ) ) |
| Defendants, | ) |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR TIMOTHY J. MACFALL**

Pursuant to N.D. Ohio Civ. R. 83.5(h), trial attorney for plaintiff Matthew Whitfield ("Plaintiff"), in the above-referenced action, hereby moves the Court to admit Timothy J. MacFall, *pro hac vice* to appear and participate as counsel in this case for Plaintiff.

Movant represents that Timothy J. MacFall is a member in good standing of the highest court of New York (bar number 2027191; admitted July 30, 1986), as attested by the accompanying certification from that court and that he is not eligible to become a member of the permanent bar of this Court. Mr. MacFall has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has he ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. This motion is accompanied by the required admission fee. Mr. MacFall understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon granting of this motion.

Mr. MacFall is an attorney with Rigrodsky Law, located at 825 E Gate Blvd, Ste. 300, Garden City, NY 11530. His telephone number is (516) 683-33516; his business facsimile is (302) 654-7530; and his business e-mail address is tjm@rl-legal.com.

-1-

        Respectfully submitted,

        */s/ John C. Camillus*
        John C. Camillus, Trial Attorney  (0077435)
        Law Offices of John C. Camillus, LLC
        P.O. Box 141410
        Columbus, Ohio  43214
        (614) 992-1000
        Facsimile: (614) 559-6731
        jcamillus@camilluslaw.com

        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2025, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                                                  */s/ John C. Camillus*
                                                  John C. Camillus